UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN NACHSEN,

            Plaintiff,

against

UNITY GALLEGA EAST 11TH STREET LLC AND
WEBSTER HALL ENTERTAINMENT CORP.,

            Defendants.

CIVIL ACTION NO.: 16 Civ. 3713 (PAE)(SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court held a settlement conference with the parties on Wednesday, November 20, 2019. The parties did not settle. The parties are directed to file a joint letter by **Friday, January 10, 2020** regarding the status of their settlement negotiations and whether they seek a further settlement conference.

Dated:     New York, New York
            January 3, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**