UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN NACHSEN,

        Plaintiff,

against

UNITY GALLEGA EAST 11TH STREET LLC AND WEBSTER HALL ENTERTAINMENT CORP.,

        Defendants.

CIVIL ACTION NO.: 16 Civ. 3713 (PAE)(SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

In response to the parties' reports at ECF Nos. 94 and 95, the parties are directed to file a **joint** letter by **Tuesday, February 18, 2020** regarding the status of their settlement negotiations and whether they seek a further settlement conference. This is the parties' final extension of time to finalize settlement negotiations without the involvement of the Court.

Dated:    New York, New York
           February 10, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**