# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600

April 29, 2020

*Via ECF*
The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re:   *Steven Nachshen v. Unity Gallega East 11th Street LLC et. al; 16-cv-03713*

Dear Judge Cave:

      We represent the plaintiff, Steven Nachshen, in the above-entitled action.  On behalf of all the parties, we write to respectfully ask the Court to extend the deadline for the parties to make an application to reopen this action to May 29, 2020.  The parties are working on the settlement agreement but, in light of current health emergency circumstances, require additional time to finalize and execute.  With kindest regards, I am

    very truly yours,

    /s/
    Glen H. Parker, Esq.

---

The requested extension of time until **May 29, 2020** to make an application to reopen this action is GRANTED.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 101.

SO ORDERED          4/30/2020

_____
SARAH L. CAVE
United States Magistrate Judge