# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600

August 28, 2020

<u>Via ECF</u>
The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re:   <u>Steven Nachshen v. Unity Gallega East 11th Street LLC et. al; 16-cv-03713</u>

Dear Judge Engelmayer:

     We represent the plaintiff, Steven Nachshen, in the above-entitled action.  On behalf of all the parties, we write to respectfully ask the Court to extend the deadline for the parties to make an application to reopen this action to September 29, 2020.  The parties are still in the process of finalizing the last term of the settlement agreement and hope this to be the last request for an extension. Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.

Granted.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

August 28, 2020